FILED

MAR 1 8 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MERVIN LEROY SMALL,<br><br>Defendant. | Case No. CR 07-132-BLG-SPW<br><br>ORDER |

An Administrative Order was filed by the Acting Chief Judge Morris on March 16, 2020, regarding COVID-19 and the advised precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. *See* also The President's Coronavirus Guidelines for America, CDC, 2 (2020), (recommending canceling events involving ten or more people) https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf

Therefore,

IT IS HEREBY ORDERED that the Revocation Hearing set for Wednesday, March 18, 2020 at 3:30 p.m. is **VACATED.**

IT IS FURTHER ORDERED that the Revocation Hearing is reset for **Friday, April 17, 2020 at 2:30 p.m.**

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 18th day of March, 2020.

／s／ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE